IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:25-CR-083-Z (02)<br>(Supersedes indictment filed 8/28/25 as to Galaviz only) |
| KAIDEN GALAVIZ (02) | |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One
### Possession with Intent to Distribute 5 Grams or More of Methamphetamine (Actual)
### (Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii))

On or about April 8, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Kaiden Galaviz**, defendant, did knowingly and intentionally possess with intent to distribute 5 grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

*/s/ Anna Marie Bell*

Anna Marie Bell
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:    806-324-2399
E-Mail:        anna.bell@usdoj.gov

**Kaiden Galaviz**
**Superseding Information - Page 2**