IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 2:25-CR-083-Z (03) |
| MICHAEL ANTHONY ALCORTA (03) | |

## FACTUAL RESUME

In support of Michael Anthony Alcorta's plea of guilty to the offense in Count Two of the indictment, Alcorta, the defendant, Ryan Brown, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), that is, Possession with Intent to Distribute Methamphetamine, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*  That the defendant knowingly possessed a controlled substance;

*Second.*  That the substance was in fact methamphetamine; and

*Third.*  That the defendant possessed the substance with the intent to distribute it.

To "possess with intent to distribute" simply means to possess with intent to deliver or transfer possession of a controlled substance to another person, with or without any financial interest in the transaction.

---

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2024).

**Michael Anthony Alcorta**
**Factual Resume—Page 1**

## **STIPULATED FACTS**

1. On or about February 12, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, Michael Anthony Alcorta, defendant, did knowingly or intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2. On February 12, 2025, Amarillo Police Department (APD) officers used a confidential informant (CI) to conduct a controlled purchase of one-quarter pound of methamphetamine from Michael Anthony Alcorta for $950. Surveillance followed the CI as they met with Alcorta inside a vehicle. While driving, Alcorta explained that they were on their way to meet his source of supply. Alcorta and the CI traveled to an apartment located at 2500 South Spring Street, Amarillo, Texas. Alcorta exited the vehicle and met with his source of supply. Alcorta returned to his vehicle where the CI was waiting. Alcorta provided the CI with 111.31 grams of methamphetamine in exchange for $950. The CI later met with APD officers and provided them the methamphetamine.

3. The suspected methamphetamine was sent to the DPS Laboratory. The DPS Laboratory confirmed that the substance was, in fact, methamphetamine, a Schedule II controlled substance. The substance had a total net weight of 111.31 grams.

4. Alcorta admits that he knowingly possessed with intent to distribute a controlled substance, namely methamphetamine, a Schedule II controlled substance.

5. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the indictment.

AGREED TO AND STIPULATED on this 3rd day of November, 2025.

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

/s/ Michael Alcorta
Michael Anthony Alcorta
Defendant

/s/ Anna Marie Bell
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov

/s/ Ryan Brown
Ryan Brown
Attorney for Defendant