## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Docket No. 2:25-CR-083 |
| | § | |
| KRISTINA RAMOS | § | |

### CLIENT DECISION RE APPEAL

I pled guilty to the offense charged. I believed pleading guilty was in my best interests and I am satisfied with the advice my lawyer gave me. I was sentenced on April 2, 2026. I understand that as part of my plea of guilty, I waived my right to appeal except in four limited circumstances that are:

> (i) a sentence exceeding the statutory maximum punishment, or (ii) an arithmetic error at sentencing, (b) to challenge the voluntariness of the defendant's plea of guilty or this waiver, and (c) to bring a claim of ineffective assistance of counsel.

I now instruct my attorney to (initial one):

_____ appeal my case

_____ not appeal my case.

SIGNED ON April 2, 2026 _____